IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LAVERNE RASHAUDE FUTCH,

    Petitioner,

v.

BACON PROBATION DETENTION
CENTER; WAYNE COUNTY
DISTRICT ATTORNEY; and
JOHN B. JOHNSON,

    Respondents.

CIVIL ACTION NO.: CV213-047

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**, without prejudice, due to Petitioner's failure to exhaust his state remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ___7___ day of _____, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)